Adrianna Griego Gorton, SBN 031836
gortona@gtlaw.com
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

Todd D. Wozniak (*pro hac vice*)
Todd.Wozniak@hklaw.com
Holland & Knight, LLP
1180 W. Peachtree Street, N.W., Suite 1800
Atlanta, GA 30309
Telephone: (404) 817-8431
Facsimile: (404) 881-0470

Lindsey R. Camp (*pro hac vice*)
Lindsey.Camp@hklaw.com
Holland & Knight LLP
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida 33401
Telephone: (404) 817-8439
Facsimile: (561) 650-8399

*Attorneys for Defendants Eric Bensen, Randall Smalley, Robert Smalley, Jr., Family Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, Marital Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, Survivor's Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, and RVR, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, | Case No. 2:19-cv-03178-JJT |
| Plaintiff, | **THE RVR DEFENDANTS' AND SELLING SHAREHOLDERS' EVIDENTIARY SUBMISSION IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS** |
| v. | |
| Reliance Trust Company, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Defendants Eric Bensen, Randall Smalley, Robert Smalley, Jr., the Family Trust, Marital Trust and Survivor's Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, and RVR, Inc. submit the following evidence in support of their motion for summary judgment and statement of facts in support of their motion for summary judgement. The documents contained in this submission either do not contain a confidentiality designation or the confidentiality designation was waived by the producing party:

**Witness Declarations**

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 1. | Declaration of Randall Smalley dated March 23, 2022 | n/a |
| 2. | Declaration of Eric Bensen dated March 22, 2022 | n/a |
| 3. | Declaration of Gregory A. Fresh dated March 23, 2022, including Chartwell Engagement Letter | n/a |
| 4. | Declaration of Robert Smalley, Jr. dated March 23, 2022 | n/a |

**Parties' Written Discovery**

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 5. | Defendant Reliance Trust Company's Objections and Responses to Plaintiff's First Set of Interrogatories dated August 12, 2020 | n/a |

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

1

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 6. | Defendants Eric Bensen, Randall Smalley, Robert Smalley, Jr., Family Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, Marital Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, Survivor's Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, and RVR, Inc.'s Second Amended Mandatory Initial Discovery Responses dated January 11, 2022 | n/a |
| 7. | Plaintiff's Amended Responses to Defendant Eric Bensen's First Set of Requests for Admission to Plaintiff dated February 26, 2021 | n/a |
| 8. | Secretary of Labor's Response to Defendant Eric Bensen's First Set of Requests for Admission to Plaintiff dated December 22, 2020 | n/a |
| 9. | Secretary of Labor's Response to Defendants' Joint Set of Contention Interrogatories to Plaintiff dated August 23, 2021 | n/a |

## Expert Reports

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 10. | Expert Report of Edward A. Wilusz dated September 17, 2021 | n/a |
| 11. | Edward A. Wilusz's Rebuttal to Certain Opinions Offered by C. Paul Wazzan dated October 15, 2021 | n/a |
| 12. | Edward A. Wilusz's Rebuttal to the Opinions Offered by Charles E. Wert dated October 15, 2021 | n/a |

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

**Other Cited Documents**

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 13. | Chartwell January 27, 2014 Presentation | DOL 0048975 - 0049044 |
| 14. | April 11, 2014 Email from M. Fournier to Matthew Hricko regarding Byway Management Presentation Agenda | DOL 0122224 - 0122225 |
| 15. | Reliance Engagement Letter dated April 15, 2014 | DOL 0009986 - 0009990 |
| 16. | SRR April and May 2014 Time Records | ST00009777 |
| 17. | SRR Engagement Letter dated April 15, 2014 | RVR04087 – RVR04094 |
| 18. | May 22, 2014 Action by Written Consent of the Board of Directors of RVR, Inc. | DOL 0009709-985 |
| 19. | RVR Employee Stock Ownership Trust Agreement | DOL 0009679 - 0009708 |
| 20. | DOL's August 6, 2021 Letter | n/a |
| 21. | May 13, 2014 Email from E. Turley regarding Byway Proposal Response | DOL 0084291 - 0084292 |
| 22. | May 27, 2014 K&L Gates Opinion Letter | RVR34964 - 34973 |
| 23. | May 22, 2014 Email from S. Martin | DOL 0085485 - 0085486 |
| 24. | May 23, 2014 Email from S. Martin | RTC-RVR 0012944 |
| 25. | Stock Purchase Agreement dated May 28, 2014 | DOL 0010164 - 0010210 |
| 26. | RVR Employee Stock Ownership Plan (a/k/a RVR Plan) | DOL 0009601-678 |
| 27. | Chartwell April 21, 2014 Presentation | DOL 0062336 - 0062381 |
| 28. | Martin Notes on ESOP Trustee Introduction Materials | DOL 0011741 - 0011750 |
| 29. | K&L Gates Engagement Letter | RVR33915 - 33926 |
| 30. | Trustee Certification dated May 28, 2014 | DOL 0010532 - 0010548 |
| 31. | SRR Fairness Opinion dated May 28, 2014 | DOL 0011051 - 0011054 |
| 32. | RVR Bylaws and Amended Bylaws | DOL 0010288 - 0010301 |
| 33. | Greenberg Opinion Letter dated May 28, 2014 | RVR34895 - 34906 |
| 34. | Articles of Incorporation of RVR, Inc. | RVR30224 - 30227 |
| 35. | RVR Employee Stock Ownership Trust Agreement | DOL 0009679 - 0009708 |

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

**Cited Deposition Testimony**

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 36. | Deposition Excerpts of Gregory Alan Fresh taken February 16, 2021 | n/a |
| 37. | Deposition Excerpts of Edward Joseph Margarit taken February 18, 2021 | n/a |
| 38. | Deposition Excerpts of Robert Arthur Smalley, Jr. taken June 10, 2021 | n/a |
| 39. | Deposition Excerpts of Randall Steven Smalley taken June 11, 2021 | n/a |
| 40. | Deposition Excerpts of 30(b)(6) Deposition of Reliance Trust Company (Stephen Allen Martin) taken May 18, 2021 | n/a |
| 41. | Deposition Excerpts of Eric Robert Bensen taken June 8, 2021 | n/a |
| 42. | Deposition Excerpts of Stephanie Ann Geerdes taken July 16, 2021 | n/a |
| 43. | Deposition Excerpts of Stephen Allen Martin taken May 13, 2021 | n/a |

RESPECTFULLY SUBMITTED, this 25th day of March 2022.

By: _/s/ Adrianna Griego Gorton_
Adrianna Griego Gorton
Todd D. Wozniak (admitted *pro hac vice*)
Lindsey R. Camp (admitted *pro hac vice*)

*Attorneys for Defendants Eric Bensen, Randall Smalley, Robert Smalley, Jr., Family Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, Marital Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, Survivor's Trust Created Under The Smalley Revocable Trust Dated July 8, 2004, and RVR, Inc.*

4

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on March 25, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Isidro Mariscal
Eric C. Lund
Brendan Ballard
Peter B. Dolan
Katrina Liu
U.S. Dept. of Labor, Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013
mariscal.isidro@dol.gov
lund.eric@dol.gov
ballard.brendan@dol.gov
dolan.peter@dol.gov
liu.katrina.t@dol.gov

*Attorneys for Plaintiff*

Jessica R. Maziarz
Gregory B. Ianelli
Bryan Cave Leighton Paisner LLP – Phoenix, AZ
1 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Jessica.maziarz@bclplaw.com
Gregory.ianelli@bclplaw.com

William B. Brockman
Bryan Cave Leighton Paisner LLP – Atlanta, GA
One Atlantic Center
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, GA 30309
Bard.brockman@bclplaw.com

Meredith P. Jacobowitz (*pro hac vice*)
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
meredith.jacobowitz@bclplaw.com

*Attorneys for Defendant Reliance Trust Company*

By: */s/ Carolyn Smith*