**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| R Alexander Acosta, et al., | No. CV-19-03178-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Reliance Trust Company, et al., | |
| Defendants. | |

Due to a conflict in the Court's calendar, the bench trial set to begin in October 2023 must be rescheduled. The parties will be required to file a status report identifying the dates they are available from November 13, 2023, through the end of January 2024.

As the Court explained on February 22, 2023, "[d]irect examination of experts will be presented through written declarations with live cross-examinations and live redirect examinations." (Doc. 279). In a recent bench trial, the Court required the parties file the direct testimony from their experts five days prior to the date that witness will be called. (CV-12-601, Doc. 3952 at 4). The Court will adopt the same schedule in this case. However, the parties will be allowed to stipulate to a schedule requiring earlier filing of declarations if they believe it would be advantageous. The Court will not, however, accept a schedule allowing filing less than five days as the Court needs time to review the testimony prior to the expert being cross-examined.

Accordingly,

**IT IS ORDERED** no later than **July 12, 2023**, the parties shall file a joint statement

identifying the dates in November and December 2023 they are available for trial.

**IT IS FURTHER ORDERED** the parties shall file the direct testimony of their experts at least five days prior to the date each witness will be called. If the parties wish to require earlier filing, they may file a stipulation to that effect no later than **July 12, 2023**.

Dated this 5th day of July, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge