# Exhibit C

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 1 | 6/1/2013 | DOL 0009601 – DOL 0009678 | RVR, Inc. Employee Stock Ownership Plan |
| 2 | 6/1/2013 | DOL 0009679- DOL 0009708 | Employee Stock Ownership Trust Agreement |
| 3 | 5/22/2014 | DOL 0009709 - DOL 0009985 | May 22, 2014 Action by Written Consent of The Board of Directors of RVR, Inc. |
| 4 | 4/15/2014 | DOL 0009986- DOL 0009990 | April 15, 2014 Reliance Trust Engagement Letter |
| 5 | 4/15/2014 | DOL 0009991- DOL 0009998 | April 15, 2014 Stout Risius Ross Engagement Letter |
| 6 | 4/15/2014 | DOL 0009999- DOL 0010012 | April 15, 2014 K&L Gates Engagement Letter |
| 7 | 5/28/2014 | DOL 0010013 – DOL 0010018 | ESOP Committee Charter |
| 8 | 5/28/2014 | DOL0010019 - DOL0010033 | ESOP-Company Loan and Pledge Agreement |
| 9A | 5/28/2014 | DOL0010034 - DOL0010038 | ESOP Note - Execution Version |
| 9B | | DOL 0010039 | Allonge to ESOP Note |
| 10A | 5/28/2014 | DOL0010040 – DOL 0010163 | May 28, 2014 RVR, Inc. Secretary's Certificate - Resolutions of the Board |
| 10B | 5/28/2014 | DOL 0010043- DOL 0010162 | May 28, 2014 Action by Written Consent of the Board of Directors of RVR, Inc. |
| 11 | 5/28/2014 | DOL 0010164- DOL 0010210 | May 28, 2014 Stock Purchase Agreement |
| 12 | | DOL 0010211 - DOL 0010264 | Company Disclosure Schedule |
| 13 | 5/28/2014 | DOL0010265 - DOL0010278 | Closing Flow of Funds Schedule and Disbursement Authorization |
| 14A | 5/28/2014 | DOL0010279 – DOL 0010280 | May 28, 2014 RVR, Inc. Secretary's Certificate - Articles of Incorporation, et al. |
| 14B | 5/28/2014 | DOL 0010288- DOL 0010298 | Bylaws of RVR, Inc. |
| 14C | 5/28/2014 | DOL 0010299- DOL 0010301 | First Amendment to the Bylaws dated May 28, 2014 |
| 15 | 5/28/2014 | DOL 0010532- DOL 0010548 | Trustee Certificate dated May 28, 2014 |
| 16 | 5/28/2014 | DOL 0010549- DOL 0010553 | May 28, 2014 First Amendment to Amended and Restated Employment Agreements between Cruise America and Randall Smalley |

1

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 17 | 5/28/2014 | DOL 0010554-DOL 0010558 | May 28, 2014 First Amendment to Amended and Restated Employment Agreements between Cruise America and Robert A. Smalley, Jr. |
| 18 | 5/28/2014 | DOL 0010559-DOL 0010563 | May 28, 2014 First Amendment to Amended and Restated Employment Agreements between Cruise America and Eric Bensen |
| 19 | 5/28/2014 | DOL 0010564-DOL 0010568 | May 28, 2014 Irrevocable Stock Power |
| 20 | | DOL 0010571 -DOL 0010665 | RVR formation documents and Articles of Incorporation |
| 21 | 5/19/2014 | DOL 0010669 -DOL 0010671 | May 19, 2014 Good Standing Certificates for RVR for the states of Florida and California |
| 22 | 5/28/2014 | DOL 0010672-DOL 0010677 | May 28, 2014 Action by Written Consent of Sole Shareholder of RVR, Inc. |
| 23 | 5/28/2014 | DOL 0010678-DOL 0010687 | May 28, 2014 Letter Agreements between Cruise America and R. Smalley, R. Smalley, Jr. and E. Benson regarding termination of non-negotiable junior unsecured subordinated promissory note |
| 24 | 5/28/2014 | DOL 0010692-DOL 0010711 | May 28, 2014 Subordinated Note and Warrant Purchase Agreement |
| 25 | 6/2/2014 | DOL 0010712-DOL 0010719 | June 2, 2014 Subordinated Note – Family Trust |
| 26 | 6/2/2014 | DOL 0010720-DOL 0010727 | June 2, 2014 Subordinated Note – Marital Trust |
| 27 | 6/2/2014 | DOL 0010728-DOL 0010735 | June 2, 2014 Subordinated Note – Survivor's Trust |
| 28 | 6/2/2014 | DOL 0010736-DOL 0010743 | June 2, 2014 Subordinated Note – Robert Smalley Jr. |
| 29 | 6/2/2014 | DOL 0010744-DOL 0010757 | June 2, 2014 Warrant – Family Trust |
| 30 | 6/2/2014 | DOL 0010758-DOL 0010771 | June 2, 2014 Warrant – Marital Trust |
| 31 | 6/2/2014 | DOL 0010772-DOL 0010785 | June 2, 2014 Warrant – Survivor's Trust |
| 32 | 6/2/2014 | DOL 0010786-DOL 0010799 | June 2, 2014 Warrant – Robert Smalley Jr. |
| 33 | 5/28/2014 | DOL 0010800-DOL 0010815 | May 28, 2014 Investor Rights Agreement |

2

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 34 | 6/2/2014 | DOL 0010816 - DOL 0010826 | Flow of Funds Schedule, Disbursement Authorization and Pay-Off of Wells Fargo Loan |
| 35 | 5/28/2014 | DOL0010827 - DOL0010828 | May 28, 2014 RVR, Inc Compliance Certificate |
| 36 | 5/28/2014 | DOL 0011051-054 ARGENT_0001455-458 | May 28 SRR Fairness Opinion Letter |
| 37 | 5/28/2014 | DOL 0011055 | May 28, 2014 Letter from Cruise America to Stout Risius Ross, Inc. regarding Fairness Opinion |
| 38 | | DOL 0011056 - DOL 0011059 | Tax Form 2553 Election by a Small Business Corporation for RVR, Inc. dated 7/24/2014 |
| 39 | | DOL 0011060 | New York State Department of Taxation and Finance Form CT-6 - Election by a Federal S Corporation to be Treated As a New York S Corporation for RVR, Inc. |
| 40 | | DOL 0011061 - DOL 0011062 | IRS Form 8869 Qualified Subchapter S Subsidiary Election for RVR, Inc. |
| 41 | | DOL 0011063 - DOL 0011068 | New Jersey S Corporation or New Jersey QSSS Election Form for RVR, Inc. dated 7/28/2014 |
| 42 | | DOL 0011069 - DOL 0011077 | IRS Form 1128 Application to Adopt, Change or Retain a Tax Year by RVR, Inc. dated 6/26/2014 |
| 43 | | DOL 0011078 - DOL 0011090 | Joint Action by Written Consent of The Board of Directors and Sole Shareholder of RVR, Inc. dated 7/1/2014 |
| 44 | 6/1/2014 | DOL0011091 - DOL0011092 | RVR Employee Stock Ownership Plan First Amendment effective as of June 1, 2014 |
| 45 | | DOL0011093 - DOL0011106 | June 2014 Summary Plan Description RVR ESOP |
| 46 | 6/16/2014 | DOL0011107 - DOL0011123 | RVR Management Incentive Plan (Effective June 1, 2014) |
| 47A | 6/24/2014 | RVR38841 - RVR39029 | Email to Eric Bensen from Michael Aguirre regarding Cruise America - Wells Fargo Documents - Finance Closing Binder Attachments |
| 47B | | RVR38843 - RVR38852 | Collateral Assignment of ESOP Documents |
| 47C | | RVR38853 - RVR38857 | Term Note (Bridge Loan Note) |
| 47D | | RVR38858 - RVR38864 | Amended and Restated Guaranty (Randall Smalley and Trusts) |

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 47E | | RVR38865 - RVR38871 | Amended and Restated Guaranty (Robert Smalley, Jr.) |
| 47F | | RVR38872 - RVR38922 | Amended and Restated Credit Agreement |
| 47G | | RVR38923 - RVR38931 | Third Modification Agreement |
| 47H | | RVR38932 - RVR38938 | Revolving Line of Credit Note |
| 47I | | RVR38939 - RVR38945 | Amended and Restated Guaranty (Canadian) (Robert Smalley, Jr.) |
| 47J | | RVR38946 - RVR38952 | Amended and Restated Guaranty (Canadian) (Randall Smalley and Trusts) |
| 47K | | RVR38853 - RVR38958 | Revolving Line of Credit Note |
| 47L | | RVR38959 - RVR38974 | Subordination and Intercreditor Agreement |
| 47M | | RVR38975 - RVR38976 | Letter to Cruise America, Inc. from Wells Fargo Bank, N.A. regarding Payment Conditions |
| 47N | | RVR38977 - RVR38999 | Securities Pledge Agreement |
| 47O | | RVR39000 - RVR39014 | Intellectual Property Security Agreement |
| 47P | | RVR39015 - RVR39029 | Seller Pledge and Account Control Agreement |
| 48 | 10/20/2000 | DOL 0001980- DOL 0001989 | October 20, 2000 Amended and Restated Employment Agreements for Eric R. Bensen |
| 49 | 10/20/2000 | DOL 0001990- DOL 0001999 | October 20, 2000 Amended and Restated Employment Agreements for Robert A. Smalley, Jr. |
| 50 | 10/20/2000 | DOL 0002000- DOL 0002009 | October 20, 2000 Amended and Restated Employment Agreements for Randall Smalley |
| 51 | 7/8/2004 | RVR_20983-1022 | July 8, 2004 Trust Agreement of the Smalley Family Revocable Trust |
| 52 | 2006 | DOL0000074 - DOL0000094 | 2006 RVR Audited Financial Statements |
| 53 | 2007 | DOL0000095 - DOL0000115 | 2007 RVR Audited Financial Statements |
| 54 | 2008 | DOL0000116 - DOL0000137 | 2008 RVR Audited Financial Statements |
| 55 | 2009 | DOL0000138 - DOL0000159 | 2009 RVR Audited Financial Statements |
| 56 | 2010 | DOL0000160 - DOL0000182 | 2010 RVR Audited Financial Statements |
| 57 | 2011 | DOL0000183 - DOL0000207 | 2011 RVR Audited Financial Statements |
| 58 | 2012 | DOL0000208 - DOL0000232 | 2012 RVR Audited Financial Statements |

4

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 59 | 2013 | DOL0000233 - DOL0000257 | 2013 RVR Audited Financial Statements |
| 60 | 1/29/2014 | DOL 0048974- DOL 0049044 | January 29, 2014 email from T. Margarit to E. Bensen attaching Project Byway - Chartwell Introduction |
| 61 | 2/4/2014 | CW-RVR00061123 - CW-RVR00061147 | February 4, 2014 Project Byway Chartwell Corporate ESOP Advisory & Transaction Process Overview |
| 62 | 2/18/2014 | CW-RVR00061148 - CW-RVR00061234 | February 18, 2014 Project Byway Organizational Kick-Off Meeting |
| 63 | 2/27/2014 | DOL 0049719 - DOL 0049724 | Chartwell Engagement Letter dated February 27, 2014 |
| 64 | 2/21/2014 | RVR_40114-120 | February 21 Email, FW: Calendar, from Bensen to Smalley Jr., et al., attaching Byway Calendar Revised (2.20.14).pdf |
| 65 | | DOL 0012669- DOL 0012678 | Reliance marked up copy of March 2014 Project Byway Potential ESOP Trustee Introduction Materials |
| 66 | 3/3/2014 | DOL 0049796 CW-RVR_00028363 | Mar. 3 Email, Available for call re: Project Byway?, from Gullickson to Martin et al. |
| 67 | 3/4/2014 | DOL 0049934-935 CW-RVR_00028501-502 | Mar. 4 Email, management comp, from Bensen to Geerdes, attaching management compensation chart |
| 68 | 3/4/2014 | DOL 0049949-968 CW-RVR_00028516-535 | Mar. 4 Email , Byway weekly call agenda, from Geerdes to Bensen et al., attaching call agenda for 3-5-14 |
| 69 | 3/10/2014 | DOL 0050271-272 CW-RVR_00028838-839 | Mar. 10 Email, RE: management comp, from Geerdes to Bensen |
| 70 | 3/26/2014 | DOL 0050726 - DOL 0050775 | March 26, 2014 Presentation to Board of Directors and email attaching same |
| 71 | 3/27/2014 | DOL 0012664- DOL 0012667 | Project Byway Company Introduction dated March 27, 2014 |
| 72 | 3/31/2014 | DOL 0012662- DOL 0012663 | March 31, 2014 Wright Handwritten Notes re Cruise America |
| 73 | 4/10/2014 | DOL 0051464 - DOL 0051465 | April 10, 2014 email from L. Guillickson attaching management presentation agenda |
| 74 | 3/31/2014 | DOL 0013083-084 ARGENT_0003483-484 | Mar. 31 Martin handwritten notes, Project Byway trustee interview |
| 75 | 3/31/2014 | DOL 0011741-750 ARGENT_0002145-154 | Mar. 31 Chartwell Project Byway Potential ESOP Trustee Introduction Materials with Martin handwritten notes |

5

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 76 | 4/11/2014 | DOL 0051538 - DOL 0051540 | April 11, 2014 Email string among M. Hricko, T. Margarit, M. Fournier, L. Gullickson, S. Martin, B. Wright, B. Socol, M. Fournier, E. Turley and A. Wilkerson regarding Byway Management Presentation Agenda with attachment |
| 77 | 4/11/2014 | DOL 0122224- DOL 0122225 | April 11, 2014 Email from M. Fournier to M. Hricko re Byway Management Presentation Agenda |
| 78 | 4/15/2014 | DOL 0051664- DOL 0051690 | April 15, 2014 email from E. Turley attaching Project Byway due diligence list |
| 79 | 4/16/2014 | CW-RVR00061284 - CW-RVR00061329 | April 16, 2014 Management Presentation to Trustee Team |
| 80 | 4/21/2014 | DOL 0062335 - DOL 0062381 | April 21, 2014 Chartwell Ask Presentation to Trustee and email attaching same |
| 81 | 4/16/2014 | STOUT_ 00005540-541 | Apr. 16 Email, RE: Potential Comps – Project Byway, from Fournier to Hricko, et al. |
| 82 | 4/17/2014 | DOL 0051823-869 CW-RVR_00030390-436 | Apr. 17 Email, Trustee Proposal Presentation Comments, from Margarit to Bensen et al, attaching Draft Byway Trustee Presentation |
| 83 | 4/17/2014 | DOL 0051872-873 CW-RVR_00030439-440 | Apr. 17 Email, RE: Trustee Proposal Presentation Comments, from Bensen to Margarit |
| 84 | 4/21/2014 | DOL 0051942 - DOL 0051950 | April 21, 2014 Chartwell Term Sheet and email from T. Margarit to Trustee Team attaching the same |
| 85 | 4/21/2014 | RTC-RVR 0008887 | April 21, 2014 due diligence data room invite to S. Martin and B. Wright |
| 86 | 4/21/2014 | DOL 0088430- DOL 0088476 | April 21, 2014 Email from S. Martin to B. Wright re Byway Trustee Presentation dated 4/21/14 |
| 87 | 4/21/2014 | DOL 0083597- DOL 0083604 | April 21, 2014 Project Byway Proposed ESOP Transaction Term Sheet |
| 88 | 4/30/2014 | DOL 0014227- DOL 0014229 | April 30, 2014 updated income statement |
| 89 | 4/22/2014 | DOL 0083616-617 RTC-RVR_0000616-617 | Apr. 22 Email, Re: Byway Meeting, from Martin to Hricko |
| 90 | 4/22/2014 | DOL 0052190-191 CW-RVR_00030757-758 | Apr. 22 Email, RE: Project Byway Commitment Letter, from Fresh to Ferraz |
| 91 | 4/25/2014 | DOL 0052632 CW-RVR_00031199 | Apr. 25 Email, increase in seller note rate, from Bensen to Fresh |

6

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 92 | 4/30/2014 | DOL 0052894-DOL 0052901 | April 30, 2014 Email from S. Geerdes to T. Margarit and M. Hricko re Project Byway Follow Up Requests |
| 93 | 5/2/2014 | DOL 0083164-DOL 0083210 | May 2, 2014 draft Stout appraisal and email attaching the same |
| 94 | 5/5/2014 | DOL 0002432-DOL 0002438 | Reliance Trust Committee Meeting Minutes dated May 5, 2014 |
| 95 | 5/6/2014 | STOUT_RULE45SUBPOENA_00004521 - 00004536 | Diligence Request List and Notes, Updated May 6, 2014 |
| 96 | 5/7/2014 | KLG0000827 - KLG0001102 | May 7, 2014 email from M. Aguirre attaching draft transaction documents |
| 97 | 5/6/2014 | DOL 0053589-593 CW-RVR_00032156-160 | May 6 Email, Re: Project Byway, from Martin to Fournier et al |
| 98 | 5/8/2014 | DOL 0053740 - DOL 0053745 | May 8, 2014 email from T. Margarit attaching response to Trustee's counter-offer |
| 99 | 5/7/2014 | DOL 0053637-644 CW-RVR_00032204-211 | May 7 Email, Project Byway agenda, from Geerdes to Bensen et al, attaching Byway Weekly Call Agenda 5.7.14 |
| 100 | 5/8/2014 | DOL 0083888-DOL 0083891 | May 8, 2014 email from G. Fresh to S. Martin regarding Trustee's counter-offer |
| 101 | 5/12/2014 | MCD00000339-MCD00000435 | May 12, 2014 Email from E. Turley to B. Wright, S. Martin, M. Hricko, M. Fournier, B. Socol and A. Wilkerson attaching redlined versions of the ESOP Note, ESOP-Company Loan and Pledge Agreement, Stock Purchase Agreement, Subordinated Note, Warrant, Subordinated Note and Warrant Purchase Agreement |
| 102 | 5/8/2014 | DOL 0022206-212 CW-RVR_00000773-779 | May 8 Project Byway - Working Group List, by Chartwell |
| 103 | 5/8/2014 | DOL 0083893-894 RTC-RVR_0000893-894 | May 8 Email, FW: Project Byway--Revised Transaction Financial Terms (May 8th), from Hricko to Martin, et al. |
| 104 | 5/14/2014 | DOL 0084291-DOL 0084292 | May 14, 2014 email from S. Martin to K&L Gates and Stout regarding agreement on financial terms |
| 105 | 5/12/2014 | DOL 0053917-921 CW-RVR_00032484-488 | May 12 Email, FW: Project Byway - Trustee 2nd Counter, from Fresh to Bensen, attaching Project Byway - Trustee 2nd Counter |

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 106 | 5/12/2014 | DOL 0054203-220 CW-RVR_00032770-787 | May 12 Email, Cruise America - IRA Draft, from Kim to Wilkerson, et al., attaching draft Investor Rights Agreement (IRA). |
| 107 | 5/13/2014 | DOL 0062308 - DOL 0062312 | May 13 Email, Byway Proposal Response, from Margarit to Martin et al., attaching Byway- Response to Trustee's Second Counter (5.13.14) |
| 108 | 5/18/2014 | STOUT_RULE45SUBPOENA_00007298 - 00007299 | May 18, 2014 Email string among A. Wilkerson, M. Hricko, E. Turley, M. Fournier, S. Martin and M. Poteracki regarding Employment Agreement Analysis |
| 109 | 5/14/2014 | DOL 0018178-181 ARGENT_0008578-581 | May 14 Email, RE: Byway Proposal Response, from Margarit to Martin |
| 110 | 5/20/2014 | DOL 0084508- DOL 0084516 | May 20, 2014 Email from S. Geerdes to M. Baluda, B. Macdonough, M. Aguirre, etc. re Project Byway Revised term sheet dated 5/20/14 |
| 111 | 5/21/2014 | DOL 0084795- DOL 0084907 | May 21, 2014 draft Stout appraisal and email attaching same |
| 112 | 5/20/2014 | KLG_0002000-002 | May 20 Email, RE: THOUGHTS? Project Byway revised term sheet, from Fournier to Wilkerson, et al. |
| 113 | 5/23/2014 | DOL 0002439- DOL 0002444 | May 23, 2014 Reliance Trust Company Trust Committee meeting minutes (misdated May 22, 2014) |
| 114 | 5/21/2014 | DOL 0055040-065 CW-RVR_00033607-632 | May 21 Email, RE: Project Byway weekly conference call agenda, from Geerdes to Bensen et al, attaching Byway Weekly Call Agenda 5.21.14 |
| 115 | 5/22/2014 | RTC-RVR_008760 - RTC-RVR_008785 | May 23, 2014 email from A. Wilkerson to Reliance attaching transaction memo |
| 116 | 5/22/2014 | KLG_0003247-248 | May 22 Email, RE: warrant, from Hricko to Wilkerson |
| 117 | 5/22/2014 | DOL 0013075 ARGENT_0003475 | Martin handwritten notes, May 22 Project Byway call |
| 118 | 5/23/2014 | RTC-RVR_0011387 - RTC-RVR_0011392 | May 23, 2014 Email from B. Wright to D. Williams re Draft Opinion Letter for Project Byway |
| 119 | 5/23/2014 | DOL 0057120- DOL 0057121 | May 23, 2014 Email from S. Martin to G. Fresh re Board Review of Offer Procedure |

8

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 120 | 5/24/2014 | MCD00008592-MCD00008593 | May 24, 2014 Email from S. Martin to A. Wilkerson re Compensation Covenant |
| 121 | 5/23/2014 | DOL 0013058-060 ARGENT_0003458-460 | Martin handwritten notes, May 23 Reliance Subcommittee meeting |
| 122 | 5/23/2014 | DOL 0018971-996 ARGENT_0009371-396 | May 23 Email, FW: Transaction Memo, from Wright to Williams, attached Williams handwritten notes on KLG transaction memo |
| 123 | 5/23/2014 | DOL 0057086-088 CW-RVR_00035653-655 | May 23 Email, RE: Board Review of Offer Procedure, from Martin to Fresh, attaching Board of Director Procedure.docx |
| 124 | 5/23/2014 | CW-RVR_00063702 | May 23 Email, Meeting Forward Notification: Project Byway SRR Final Diligence Call, from Gullickson to CF-Admin |
| 125 | 5/23/2014 | KLG_0004077-078 | May 23 Email, COMPENSATION ISSUE, from Wilkerson to Hricko, et al. |
| 126 | 5/24/2014 | KLG_0004727-KLG_0004730 | May 24, 2014 Email from S. Martin to A. Wilkerson re Board of Director Procedure |
| 127 | 5/25/2014 | DOL 0086042-DOL 0086046 | May 25, 2014 Email from A. Wilkerson to M. Hricko, M. Fournier and R. Socol dated 5/25/2014 re Cruise – Revised SRR opinion draft |
| 128 | 5/24/2014 | DOL 0069397-471 CW-RVR_00047964-038 | May 24 Email, RE: Board of Director Procedure, from Kim to Turley et al, attaching draft Board documents |
| 129 | 5/24/2014 | DOL 0006253-255 | May 24 Email, Fwd: Board of Director Procedure, from Wilkerson to Martin, et al. |
| 130 | 5/24/2014 | DOL 0069971-982 CW-RVR_00048538-549 | May 24 Email, RE: Byways - Additional Ancillaries, from Turley to Perdue et al, attaching KLG Opinion Letter to Wells Fargo |
| 131 | 5/27/2014 | STOUT_RULE45SUBPOENA_00006412 - 00006414 | May 27, 2014 Hricko Handwritten notes - Updated DD call - Eric Bensen |
| 132 | 5/25/2014 | DOL 0068300-588 CW-RVR_00046867-7155 | May 25 Email, Project Byway - transaction documents, from Kim to Margarit, et al, attaching draft transaction documents |
| 133 | | DOL 0102654 | RVR, Inc. Management Compensation Projections |
| 134 | 5/28/2014 | RTC-RVR_0010226-333 | May 28 2014 SRR Final valuation report |

9

*Su v. Bensen, et al., No. 2:19-cv-03178-ROS*
Joint Proposed Pretrial Order – Exhibit C – Joint Exhibit List

| JOINT EX | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 135 | 10/31/2014 | DOL 0013299-319 ARGENT_0003699-719 | Oct. 31 Email, Cruise America, from Hricko to Martin, et al., attaching May 31 2014 SRR Valuation letter and supporting schedules |
| 136 | 2014 | STOUT_ 00017093 | SRR 2014 to 2018 time sheets for RVR ESOP work |
| 137 | 1/5/2018 | RVR_39346-354 | January 5, 2018 Warrant Purchase Agreement for Smalley Jr., Smalley Trusts |
| 138 | | HL-RTC-RVR 0009505- HL-RTC-RVR 0009519 | Prop. DOL Reg. 29 CFR § 2510.3-18(b) |

10