# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie A. Su, Acting Secretary of Labor,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Eric Bensen, et al.,<br><br>　　　　　　　Defendants. | No. CV-19-03178-PHX-ROS<br><br>**ORDER** |

　　　　Defendants Randall Smalley, Robert Smalley, Jr., and Eric Bensen have moved the Court unopposed for an extension of time to file a joint statement (Doc. 494) as required by the Court's Order dated August 15, 2024 (Doc. 492), outlining what additional discovery or proceedings are needed (the "Joint Statement"). Upon consideration of the motion, the Court finds there is good cause to grant the relief sought.

　　　　**IT IS ORDERED** that the Parties shall file the Joint Statement on or before **November 15, 2024**.

　　　　Dated this 16th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge