# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie A Su, Acting Secretary of Labor<br><br>Plaintiff,<br><br>v.<br><br>Eric Bensen, *et al.*<br><br>Defendants. | No. CV-19-03178-PHX-ROS<br><br>**ORDER** |

Defendants have lodged under seal an Application for Withdrawal and Substitution of Counsel (Doc. 493). They also filed Defendants' Motion to File Under Seal Application for Withdrawal and Substitution of Counsel (Doc. 497). Good cause appearing,

**IT IS ORDERED** the Motion to File Under Seal (Doc. 497) the Application for Withdrawal and Substitution of Counsel, lodged at Doc. 493, is **GRANTED**. The Application at Doc. 493 shall be filed under seal.

**IT IS FURTHER ORDERED** the Application for Withdrawal of attorneys Todd D. Wozniak, Caroline J. Tanner, Monica Perkowski, and Lindsey R. Camp of Holland & Knight LLP (collectively, the "H&K Attorneys") (Doc. 493) is **GRANTED**. The H&K Attorneys are relieved of any further representation of defendants and the Clerk of Court shall terminate them as counsel of record.

**IT IS FURTHER ORDERED** upon the granting of admission *pro hac vice*, defendants Robert Smalley Jr., Randall Smalley, and Eric Bensen will be represented by James T. Smith and Paul H. Tzur of the law firm Blank Rome LLP.

1    **IT IS FURTHER ORDERED** this Order shall not be sealed.

2    Dated this 17th day of September, 2024.

                                       _____
                                       Honorable Roslyn O. Silver
                                       Senior United States District Judge