# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie A Su, Acting Secretary of Labor<br>Plaintiff,<br>v.<br>Eric Bensen, *et al.*,<br>Defendants. | No. CV-19-03178-PHX-ROS<br>**ORDER** |

The Court has reviewed the Parties' Joint Notice of Position on Damage Related Discovery Proceedings (Doc. 508),

**IT IS HEREBY ORDERED** granting the parties' request to brief the Secretary's Topics and the Individual Defendants' Topics. Within two weeks from the date of this order each party is to address their separate Topics in one memorandum of no more than 20 pages. Responses, if any, are due 14 days thereafter.

Dated this 14th day of November, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge