|     |     |
| --- | --- |
| Lori Chavez-DeRemer, Secretary of Labor, | No. CV-19-03178-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Reliance Trust Company, et al., | |
| Defendants. | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Before the Court is the Secretary's Motion to Stay Proceedings Due to Lapse in Appropriations (Doc. 548). This motion is unopposed.

The Court sees the necessity of a stay during the government shutdown, but isn't as clear on the need for extending existing deadlines, the earliest of which is more than six months away (Doc. 547).

Therefore,

**IT IS ORDERED** the Secretary's Motion to Stay Proceedings Due to Lapse in Appropriations (Doc. 548) is **GRANTED IN PART AND DENIED IN PART**. The Court will stay proceedings through the government shutdown.

…

…

…

…

…

**IT IS FURTHER ORDERED** the request to extend all deadlines is **DENIED WITHOUT PREJUDICE**.

Dated this 1st day of October, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -